## IPP International U.G. Declaration Exhibit A
## File Hashes for IP Address 99.16.143.91

**ISP:** AT&T U-verse
**Physical Location:** Pflugerville, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/11/2019 09:36:05 | 186EDBF1E7CB0FC8FD4422E7E8B5FAECAD5EE10A | Fifty Shades of Kate |
| 06/08/2019 14:23:39 | 3CCCCF3616AF22C52D1A60EF878BA85147EDF1E7 | Russian Risky Business |
| 05/29/2019 00:19:43 | 7F451542A8FF4A5FC81853A9826890E0D41E6A40 | Phone Sex Vs Text Sex |
| 05/27/2019 16:48:37 | 030F7727703ABB72DE78C699C349254F963F940C | Holiday Weekend Kitchen Sex |
| 05/24/2019 21:13:22 | 65E22C647C4EDCBDB15BF05ECF82CD0CFB59E914 | Caught Her By the Tail |
| 05/23/2019 22:45:40 | 22AF84CE102C00AA1075482D4B3B7FCFFDFF397B | Cornelia and Jack Breakfast Sex |
| 05/22/2019 11:31:42 | AB54B51B435A5E6574447113E1F36DCCCB0092E3 | Perfect Pink Pussy |
| 05/22/2019 10:38:32 | 14457DDA24ADCDF77CD804E8E7E6EA46A37E3B8A | Stairway To Heaven Two |
| 05/22/2019 03:36:24 | 6EDDEEEC5B7D3A324434B345D70727155EF09865 | Cum Closer for a Threesome Tiger |
| 05/21/2019 23:15:42 | FE618D0B3F0FDABC8EC5C22E5BFCBD30BA3557BA | Kaisa Slippery and Wet |
| 05/21/2019 23:02:26 | 309DDDB6A03B583264C4573C6120E9C7606FF198 | Meant to Be |
| 05/20/2019 11:06:54 | F0493235DBDB4C1FE3B96B2EC4DE2D67CB292856 | Lillianne Flash Dance |
| 05/20/2019 01:20:12 | DCAB6FEB069BDEDBD3D747D590BC077D151CD7E9 | Cindy Sauna Sex |
| 05/18/2019 16:40:02 | 7897FF0AD8FA41CD187D51DFBDA34FB5F8E25041 | Stunning Sexy Shower |
| 03/30/2019 15:53:49 | 0A5940DEFAE72CD948278DE37F518D3E27595000 | CUM in MY kitchen |
| 03/27/2019 02:31:10 | 378E6A255F7BCB1D0E31452E957E3585A3F6B307 | Workout and Stunning Hot Sex |

**Total Statutory Claims Against Defendant: 16**

EXHIBIT A

WTX46